# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144055(87)

DEVON SCOTT BAILEY,
        Plaintiff-Appellee/
        Cross-Appellant,

v

STEVEN GEROME SCHAAF,
        Defendant,
and

T.J. REALTY, INC., d/b/a HI-TECH
PROTECTION, TIMOTHY JOHNSON,
CAPTAIN WILLIAM BOYD BAKER,
CHRISTOPHER LEE CAMPBELL,
        Defendants-Appellees,
and

EVERGREEN REGENCY TOWNHOMES,
LTD., and RADNEY MANAGEMENT &
INVESTMENTS,
        Defendants-Appellants/
        Cross-Appellees.
_____

SC: 144055
COA: 295801
Genesee CC: 07-087454-NO

      On order of the Chief Justice, the motion by Michigan Association for Justice for extension of the time for filing their brief amicus curiae is considered, and it is granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk